# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

In re: Dallah Albaraka Holding Company, E.C. )
)
)
)
**Plaintiff** )
) Case No.: 15-mc-0284
)
v. )
)
)
)
)
**Defendant** )

## AFFIDAVIT OF SERVICE

I, Robert Proffitt, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Order, Civil Cover Sheet, Ex Parte Application for Discovery Assistance Pursuant to 28 U.S.C. 1782 by Dallah Albaraka Holding Company, E.C., Memorandun of Law in Support of Ex Parte Application for Discovery Assistance Pursuant to 28 U.S.C. 1782, Applicant Dallah Albaraka Holding Company, E.C.'s Disclosure of Affiliations and Financial Interest Pursuant to Local Rule 103.3, and (Proposed) Order with Exhibit 1 in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this matter.

That on July 10, 2015 at 7:31 PM, I served Mirza Baig with the Order, Civil Cover Sheet, Ex Parte Application for Discovery Assistance Pursuant to 28 U.S.C. 1782 by Dallah Albaraka Holding Company, E.C., Memorandun of Law in Support of Ex Parte Application for Discovery Assistance Pursuant to 28 U.S.C. 1782, Applicant Dallah Albaraka Holding Company, E.C.'s Disclosure of Affiliations and Financial Interest Pursuant to Local Rule 103.3, and (Proposed) Order with Exhibit 1 at 649 Deerfield Farm Court, Great Falls, Virginia 22066 by serving Mirza Baig, personally.

Mirza Baig is described herein as:
Gender: Male   Race/Skin: White   Hair: Black   Age: 44   Height: 5'9"   Weight: 185

I declare under penalty of perjury that I have read the foregoing information contained in the Affidavit of Service and that the facts stated in it are true and correct.

7/10/15
Executed on:

Robert Proffitt
CAPITOL PROCESS SERVICES, INC.
1827 18th Street, NW
Washington, DC 20009-5526
(202) 667-0050

ID: 15-125105

Client Reference: 391381-000001